# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
Cleotilde Galeana-Marin

)
)
)
)
)
)
)
)

Case No: 5:10-CR-274-1D

USM No: 54400-056

Date of Original Judgment: March 23, 2011

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Laura Wasco
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant has been released from custody.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 23, 2011, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 10/11/15

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Dever III   Chief U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011